IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIAN ESTEVEZ-MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and TYSON FRESH MEATS, INC.,<br><br>Defendants. | 8:21CV405<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 20), the Motions to Dismiss filed by defendants Unum Life Insurance Company of America (Filing No. 9) and Tyson Fresh Meats, Inc. (Filing No. 11) are granted. This case is dismissed without prejudice, with each party to bear their own fees, costs, and expenses.

Dated this 11th day of February 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge